Argued and submitted March 16, remanded for reconsideration June 15, 1988

In the Matter of the Compensation of
Linda L. Beard, Claimant.
SHIPP et al,
*Petitioners,*

*v.*

BEARD,
*Respondent.*
(WCB 86-00068; CA A45095)
756 P2d 57

Paul L. Roess, Portland, argued the cause for petitioners. With him on the brief was Acker, Underwood & Smith, Portland.

Marianne Bottini, Portland, argued the cause for respondent. On the brief were Larry D. Schucht and Bottini, Bottini & Lehner, Portland.

Before Warden, Presiding Judge, and Van Hoomissen and Graber, Judges.

PER CURIAM

**PER CURIAM**

Employer and its insurance carrier seek review of a Workers' Compensation Board order. The petition for judicial review was filed on July 24, 1987, and we therefore review for substantial evidence. Or Laws 1987, ch 884, § 12a; *Armstrong v. Asten-Hill Co.,* 90 Or App 200, 205, 752 P2d 312 (1988). Because the Board order is inadequate for judicial review under the standards in *Armstrong,* we remand to the Board for reconsideration.

Remanded for reconsideration.